## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO
Bankruptcy Judge Elizabeth E. Brown

| | |
|---|---|
| In re: | ) |
| | ) |
| PAUL ADAM WEXLER and | ) Bankruptcy Case No. 03-27669 SBB |
| JENINE RENEE WEXLER, | ) Chapter 7 |
| Debtors. | ) |
| | ) |
| | ) |
| DESIGN DRYWALL SPECIALTIES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Adversary Proceeding No. 03-2100 EEB |
| | ) |
| PAUL ADAM WEXLER, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

This matter comes before the Court on Plaintiff's Motion for Entry of Nondischargeable Default Judgment filed on June 11, 2004.

In accordance with the Order for Entry of Nondischargeable Judgment issued by this Court concurrently herewith,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Plaintiff and against Defendant in the amount of $51,009.00 in principal, interest of $11,970.51 through June 10, 2004 and continuing after that date at the contract rate of 18% per annum, costs in the amount of $354.29, and attorneys' fees of $3,488.50, together with continuing reasonable attorneys' fees

and costs incurred in collection, for a total judgement of $66,822.30.  The judgment sums are not dischargeable in bankruptcy.

Dated this 18th day of June, 2004.

FOR THE COURT:
Bradford L. Bolton, Clerk

By: _____
Deputy

APPROVED AND ACCEPTED:

By: _____
Elizabeth E. Brown
U.S. Bankruptcy Judge